UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____          │
│ DATE FILED: 2/26/26         │
└─────────────────────────────┘
```

---

UNITED STATES OF AMERICA

    -v-

Demetrice Young,

        Defendant-Supervisee.

---

18 CR 190-02 (VB)

ORDER

IT IS HEREBY ORDERED: For the reasons stated on the record during a violation of supervised release conference held on February 26, 2026, the following bail release conditions and supervised release conditions for defendant-supervisee Demetrice Young are modified as follows:

Conditions of Bail Release. The home detention GPS location monitoring condition within the supervisee's bail release conditions is removed based on the following directives: On March 2, 2026, at 9:00 a.m., the supervisee will report to the U.S. Probation Office, located at 500 Pearl Street, 6th Floor, New York, New York. The supervisee will return all location monitoring equipment to the U.S. Probation Office, and the ankle monitor will be removed by the probation officer. The probation officer will then escort the supervise to the transportation vehicle for residential substance use treatment admission.

Special Condition of Residential Substance Abuse Treatment. The supervisee will participate in and complete a detoxification, rehabilitation, and/or residential substance use treatment program approved by the United States Probation Office **for a term of up to six (6) months.** Successful completion of residential substance use treatment will be determined in

collaboration with the treatment team and the U.S. Probation Officer. The program may include testing to determine whether the supervisee has reverted to using drugs or alcohol. The supervisee shall continue to take any prescribed medications unless otherwise instructed by the health care/treatment provider. The supervisee shall contribute to the cost of services rendered based on the supervisee's ability to pay and the availability of third-party payments. The Court authorizes the release of available substance use and mental health evaluations and reports, including the presentence investigation report, to the treatment provider.

SO ORDERED.

Dated: February 26, 2026
     White Plains, NY

_____
Vincent L. Briccetti
United States District Judge